**DENY and Opinion Filed May 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00184-CV**

**IN RE HOLLMAN COURT SYSTEMS, INC. D/B/A HOLLMAN INC.,**
**Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14703**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Smith
Opinion by Justice Reichek

Relator's March 25, 2021 petition for writ of mandamus challenges the trial court's vacatur of a prior interlocutory order issued by a predecessor judge. Relator asks us to compel the court to rescind the vacatur, or, in the alternative, direct the court to rule on certain pending motions.

Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and record, we conclude that relator has failed to show

an abuse of discretion. Accordingly, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210184F.P05